In the Matter of the Application of Noviak Holding Corporation, Respondent, against Harris H. Murdock and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— In a proceeding to review the determination of the board of standards and appeals, order annulling the determination and directing the issuance of a permit for the erection of a gasoline station upon respondent's property reversed on the law and the facts, with costs, certiorari proceeding dismissed, and the determination of the board reinstated and confirmed, with ten dollars costs and disbursements, on authority of *People ex rel. Sullivan* v. *McLaughlin* (266 N. Y. ——) and *People ex rel. Arseekay Syndicate* v. *Murdock* (265 id. 158). Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of Lawrence Peterson, Respondent, for an Order of Mandamus against L. Barron Hill, District Attorney of Suffolk County, and Another, Appellants.— Peremptory order of mandamus reversed on the law, without costs, and matter remitted to Special Term to proceed as directed under the authority of *Matter of Budd* v. *Hill* (*ante*, p. 735), decided herewith. Hagarty, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., votes for reversal and denial of the motion for the reasons stated in his dissenting memorandum (*ante*, p. 735) decided herewith.